IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD COOPER | : | CIVIL ACTION |
| v. | : | |
| JOHN E. WETZEL, et al. | : | NO. 19-5604 |

ORDER

AND NOW, this 3rd day of March, 2020, upon consideration of the petition for writ of habeas corpus and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby ORDERED that:

(1) the Report and Recommendation is APPROVED and ADOPTED:

(2) the petition for writ of habeas corpus is DISMISSED with prejudice;

(3) there is no probable cause to issue a certificate of appealability; and

(4) the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ Harvey Bartle III
                   J.